```
JAMES M. McMANIS  (SBN 40958)
MARWA ELZANKALY (SBN 206658)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email: jmcmanis@mcmanisfaulkner.com
       melzankaly@mcmanisfaulkner.com
```

Attorneys for Plaintiff,
Thomas Nigro

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: FLASH MEMORY ANTI-TRUST LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Case No. C07-00086 SBA<br><br>NOTICE OF CHANGE OF FIRM NAME |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, counsel for Plaintiff Thomas Nigro, formerly known as McManis Faulkner & Morgan, has changed its name to McManis Faulkner. McManis Faulkner's email addresses have also changed as noted above. McManis Faulkner's address, telephone and fax numbers shall remain the same.

Please update your records accordingly.

DATED: May 8, 2008

McMANIS FAULKNER

JAMES McMANIS
MARWA ELZANKALY

Attorneys for Plaintiff, Thomas Nigro